DISCOVER PROPERTY AND CASU-
ALTY INSURANCE COMPANY, In-
dividually and a/s/o Access Labor Ser-
vice, Inc. and Frank Layne, Jr.,
Plaintiff Below–Appellant,

v.

GAVILON GRAIN, LLC d/b/a Peavey
Company, Defendant Below–
Appellee.

No. 421, 2015

Supreme Court of Delaware.

Submitted: August 18, 2015
Decided: August 27, 2015

Court Below—Superior Court of the
State of Delaware, in and for New Castle
County, C.A. No. N12C-10-042

REFUSED.

Philip R. SHAWE and Shirley Shawe,
Respondents Below, Appellants,

v.

Elizabeth ELTING, Petitioner
Below, Appellee.

No. 498, 2015

Supreme Court of Delaware.

Submitted: September 25, 2015
Decided: September 28, 2015

Court Below—Court of Chancery of the
State of Delaware, C.A. Nos. 9700 and
10449–CB

REFUSED.

In the MATTER OF the Petition of
James Arthur BIGGINS for an
Extraordinary Writ

No. 33, 2016

Supreme Court of Delaware.

Submitted: March 30, 2016
Decided: June 1, 2016

DISMISSED.

GENELUX CORPORATION and
Ronald Simus, Plaintiffs Below–
Cross–Appellees,

v.

Albert ROEDER and Byron Georgiou,
Defendants Below–Cross–
Appellants,

and

Dr. Aladar Szalay, Intervenor
Below–Cross–Appellant.

No. 631, 2015

Supreme Court of Delaware.

Submitted: June 9, 2016
Decided: June 9, 2016

Court Below: Court of Chancery of the
State of Delaware, C.A. No. 10042–VCM.

Dismissed.